AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No.  05 - 447

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___9___ COPIES OF AO FORM 85.

JUN 2 9 2005
(Date forms issued)

_____
(Signature of Party or their Representative)

Joseph N. Gielata
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action