AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

CHARLES W. SMITH, Derivatively On
Behalf Of Nominal Defendant Xybernaut

**SUMMONS IN A CIVIL CASE**

V.

EDWARD G. NEWMAN, STEVEN A
NEWMAN, THOMAS D. DAVIS, BRUCE C.
HAYDEN, MARC GINSBERG, MARTIN E.
WEISBERG, NORITSUGU YAMAOKA,
PHILLIP E. PEARCE, HARRY E. SOYSTER,
EDWIN VOGT, ALAN G. MERTEN, JAMES J.
RALABATE, WILLIAM G.T. TUTTLE and
GRANT THORNTON LLP, and XYBERNAUT
CORPORATION (Nominal Defendant).

CASE NUMBER: **05-447**

TO: (Name and address of Defendant)

THOMAS D. DAVIS, qua officer of Xybernaut Corporation
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road
Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph N. Gielata
Attorney at Law
501 Silverside Road, Suite 90
Wilmington, DE 19809

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO         7/18/05

CLERK                                                                DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | July 18, 2005 |
| NAME OF SERVER (PRINT)   Joseph N. Gielata | TITLE | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon registered agent of Xybernaut Corp., a Delaware corporation of which defendant is or was an officer, under 10 Del. C. 3114(b).
  c/o Mary T. Drummond

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-18-05
              Date

Signature of Server

501 Silverside Road, Suite 90
Wilmington DE 19809
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.