℠AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of          Delaware

CHARLES W. SMITH, Derivatively On
Behalf Of Nominal Defendant Xybernaut

**SUMMONS IN A CIVIL CASE**

V.

EDWARD G. NEWMAN, STEVEN A
NEWMAN, THOMAS D. DAVIS, BRUCE C.
HAYDEN, MARC GINSBERG, MARTIN E.
WEISBERG, NORITSUGU YAMAOKA,
PHILLIP E. PEARCE, HARRY E. SOYSTER,
EDWIN VOGT, ALAN G. MERTEN, JAMES J.
RALABATE, WILLIAM G.T. TUTTLE and
GRANT THORNTON LLP, and XYBERNAUT
CORPORATION (Nominal Defendant).

CASE NUMBER: **05-447**

TO: (Name and address of Defendant)

JAMES J. RALABATE, qua director of Xybernaut Corporation
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road
Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph N. Gielata
Attorney at Law
501 Silverside Road, Suite 90
Wilmington, DE 19809

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

JUL 1 8 2005

CLERK

DATE

_E. F. Strickler_

(By) DEPUTY CLERK

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | | July 18, 2005 |

| NAME OF SERVER *(PRINT)* | | TITLE | |
|---|---|---|---|
| | Joseph N. Gielata | | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): Served upon registered agent of Xybernaut Corp., a Delaware corporation of which defendant is or was a director, under 10 Del. C. 3114(a).

c/o Mary T. Drummond

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    7-18-05
                  Date

*Signature of Server*

501 Silverside Road, Suite 90
Wilmington DE 19809

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.