(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Eastern District of Virginia | Voluntary Petition |
|---|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Xybernaut Corporation | | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 54-1799851 | | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>12701 Fair Lakes Circle<br>Suite 550<br>Fairfax, VA 22033 | | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business:<br>Fairfax | | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [ ] Individual(s)
- [x] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business
- [x] Business

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)           THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors:
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

Estimated Assets:
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

Estimated Debts:
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

(Official Form 1) (12/03)            FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Xybernaut Corporation** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **Xybernaut Solutions, Inc.** | Case Number: | Date Filed:<br>**July 25, 2005** |
| District: **Eastern District of Virginia** | Relationship: **Subsidiary** | Judge: |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Exhibit A |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>    Signature of Debtor<br><br>X _____<br>    Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>☒ Exhibit A is attached and made a part of this petition. |
| | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X _____<br>Signature of Attorney for Debtor(s)     Date |
| **Signature of Attorney**<br><br>X **/s/ Thomas E. Cabaniss**<br>   Signature of Attorney for Debtor(s)<br>**Thomas E. Cabaniss (VSB No. 14788)**<br>Printed Name of Attorney for Debtor(s)<br>**McGuireWoods LLP**<br>**Bank of America Corporate Center**<br>**100 North Tryon Street, Suite 2900**<br>**Charlotte, NC 28202-4011**<br>**Telephone: (704) 373-8999**<br>Firm Name/Address/Telephone Number<br><br>**July 25, 2005**<br>Date | **Exhibit C**<br>Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☒ No |
| | **Signature of Non-Attorney Petition Preparer**<br>I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>_____<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (Required by 11 U.S.C. § 110(c).)<br><br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Perry L. Nolen**<br>   Signature of Authorized Individual<br>**Perry L. Nolen**<br>Printed Name of Authorized Individual<br>**President and Chief Executive Officer**<br>Title of Authorized Individual<br>**July 25, 2005**<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>X _____<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156. |

**United States Bankruptcy Court**
Eastern District of Virginia

In re   Xybernaut Corporation                                   Case No. _____
                        Debtor
                                                                Chapter   11

## Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __0-21013__.

2. The following financial data is the latest available information and refers to debtor's condition on __July 25, 2005__.

    a. Total assets                                              $ 40,000,000.00

    b. Total debts (including debts listed in 2.c.,below)        $ 3,200,000.00

                                                                                        Approximate
                                                                                        number of
    c. Debt securities held by more than 500 holders.                                    holders

    | | | | | |
    |---|---|---|---|---|
    | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
    | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
    | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
    | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
    | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |

    d. Number of shares of preferred stock                          0              0
    e. Number of shares of common stock                       196,000,000          0

    Comments, if any:
    Total amount of assets based upon recent appraisal information.

3. Brief description of debtor's business:
    Provider of wearable/mobile computing hardware, software and services

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    None

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
### Eastern District of Virginia

In re: **Xybernaut Corporation**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Troutman Sanders LLP<br>600 Peachtree Street NE<br>Suite 100<br>Atlanta, GA 30308 | Troutman Sanders LLP<br>600 Peachtree Street NE<br>Suite 100<br>Atlanta, GA 30308 | Professional Sevices | Disputed | 233,728.66 |
| Alex Job Racing, Inc.<br>551 Southridge Industrial Dr.<br>Tavares, FL 32778 | Alex Job Racing, Inc.<br>551 Southridge Industrial Dr.<br>Tavares, FL 32778 | Trade debt | | 172,000.00 |
| American Express<br>P.O. Box 1270<br>Newark, NJ 07101 | American Express<br>P.O. Box 1270<br>Newark, NJ 07101 | Trade debt | | 117,022.97 |
| IBM Corporation<br>150 Kettletown Road<br>Southbury, CT 06488 | IBM Corporation<br>150 Kettletown Road<br>Southbury, CT 06488 | Trade debt | | 50,000.00 |
| Salesforce.com, Inc.<br>P.O. Blx 5126<br>Carol Stream, IL 60197 | Salesforce.com, Inc.<br>P.O. Blx 5126<br>Carol Stream, IL 60197 | Trade debt | | 40,698.22 |
| Hyatt Plaza LP<br>P.O. Box 752085<br>Charlotte, NC 28275 | Hyatt Plaza LP<br>P.O. Box 752085<br>Charlotte, NC 28275 | Trade debt | | 40,233.92 |
| Federal Express<br>P.O. Box 371461<br>Pittsburgh, PA 15250 | Federal Express<br>P.O. Box 371461<br>Pittsburgh, PA 15250 | Trade debt | | 39,358.73 |
| Morgan Franklin<br>64 Industrial Park<br>Suite 101<br>Waldorf, MD 20602 | Morgan Franklin<br>64 Industrial Park<br>Suite 101<br>Waldorf, MD 20602 | Trade debt | | 39,012.27 |
| ACYS<br>P.O. Box 631267<br>Baltimore, MD 21263 | ACYS<br>P.O. Box 631267<br>Baltimore, MD 21263 | Trade debt | | 32,423.75 |
| Pushmann & Borchert<br>Bajuwarenring 21<br>D-82041 Muchen/Oberhaching | Pushmann & Borchert<br>Bajuwarenring 21<br>D-82041 Muchen/Oberhaching | Trade debt | | 15,954.18 |
| Grant Thornton LLP<br>33960 Treasury Center<br>Chicago, IL 60694 | Grant Thornton LLP<br>33960 Treasury Center<br>Chicago, IL 60694 | Professional Services | Disputed | 15,610.88 |
| Alston Bird<br>601 Pennsylvania Avenue, NW<br>Washington, DC 20004 | Alston Bird<br>601 Pennsylvania Avenue, NW<br>Washington, DC 20004 | Trade debt | | 15,234.79 |

In re   Xybernaut Corporation                                    Case No. _____
                               Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| BB&T Visa - Ghost<br>P.O. Box 58362<br>Charlotte, NC 28258 | BB&T Visa - Ghost<br>P.O. Box 58362<br>Charlotte, NC 28258 | Trade debt | | 13,548.05 |
| E. Del Smith and Company, Inc.<br>1130 Connecticut Avenue, N.W.<br>Suite 650<br>Washington, DC 20036 | E. Del Smith and Company, Inc.<br>1130 Connecticut Avenue, N.W.<br>Suite 650<br>Washington, DC 20036 | Trade debt | | 12,000.00 |
| Project Design Company<br>1425 Euclid Street, NW<br>No. 3<br>Washington, DC 20009 | Project Design Company<br>1425 Euclid Street, NW<br>No. 3<br>Washington, DC 20009 | Trade debt | | 9,920.00 |
| Julius Boniface Rauch IV<br>P.O. Box 65882<br>Washington, DC 20035 | Julius Boniface Rauch IV<br>P.O. Box 65882<br>Washington, DC 20035 | Trade debt | | 9,810.00 |
| Threespot Media, LLC<br>1724 Kalorama Road, NW<br>Washington, DC 20009 | Threespot Media, LLC<br>1724 Kalorama Road, NW<br>Washington, DC 20009 | Trade debt | | 9,743.92 |
| Westgate Consulting Group<br>6 Plasner Court<br>Jackson, NJ 08527 | Westgate Consulting Group<br>6 Plasner Court<br>Jackson, NJ 08527 | Trade debt | | 9,000.00 |
| En Pointe Technologies<br>P.O. Box 514429<br>Los Angeles, CA 90051 | En Pointe Technologies<br>P.O. Box 514429<br>Los Angeles, CA 90051 | Trade debt | | 7,760.00 |
| DLA Consultants Inc.<br>7106 Morgan Island Way<br>Gainesville, VA 20155 | DLA Consultants Inc.<br>7106 Morgan Island Way<br>Gainesville, VA 20155 | Trade debt | | 6,525.39 |

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date   July 25, 2005                        Signature   /s/ Perry L. Nolen
                                                        Perry L. Nolen
                                                        President and Chief Executive Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Virginia

In re    Xybernaut Corporation                                      Case No. _____
                    Debtor
                                                                    Chapter _____11_____

## DECLARATION OF DIVISIONAL VENUE

The debtor's domicile, residence, principal place of business or principal assets were located for the greater part of the 180 days preceding the filing of the bankruptcy petition in the indicated city or county [check one box only]:

**Alexandria Division**
Cities:
- ☐ Alexandria-510
- ☐ Fairfax-600
- ☐ Falls Church-610
- ☐ Manassas-683
- ☐ Manassas Park-685

Counties:
- ☐ Arlington-013
- ☒ Fairfax-059
- ☐ Fauquier-061
- ☐ Loudoun-107
- ☐ Prince William-153
- ☐ Stafford-179

**Richmond Division**
Cities:
- ☐ Richmond (city)-760
- ☐ Colonial Heights-570
- ☐ Emporia-595
- ☐ Fredericksburg-630
- ☐ Hopewell-670
- ☐ Petersburg-730

Counties:
- ☐ Amelia-007
- ☐ Brunswick-025
- ☐ Caroline-033
- ☐ Charles City-036
- ☐ Chesterfield-041
- ☐ Dinwiddie-053
- ☐ Essex-057
- ☐ Goochland-075
- ☐ Greensville-081
- ☐ Hanover-085
- ☐ Henrico-087
- ☐ King and Queen-097
- ☐ King George-099
- ☐ King William-101
- ☐ Lancaster-103
- ☐ Lunenburg-111
- ☐ Mecklenburg-117
- ☐ Middlesex-119
- ☐ New Kent-127
- ☐ Northumberland-133
- ☐ Nottoway-135
- ☐ Powhatan-145
- ☐ Prince Edward-147
- ☐ Prince George-149
- ☐ Richmond (county)-159
- ☐ Spotsylvania-177
- ☐ Surry-181
- ☐ Sussex-183
- ☐ Westmoreland-193

**Norfolk Division**
Cities:
- ☐ Norfolk-710
- ☐ Cape Charles-535
- ☐ Chesapeake-550
- ☐ Franklin-620
- ☐ Portsmouth-740
- ☐ Suffolk-800
- ☐ Virginia Beach-810

Counties:
- ☐ Accomack-001
- ☐ Isle of Wight-093
- ☐ Northampton-131
- ☐ Southampton-175

**Newport News Division**
Cities:
- ☐ Newport News-700
- ☐ Hampton-650
- ☐ Poquoson-735
- ☐ Williamsburg-830

Counties:
- ☐ Gloucester-073
- ☐ James City-095
- ☐ Mathews-115
- ☐ York-199

Date: July 26, 2005

/s/ Thomas E. Cabaniss
Signature of Attorney
Thomas E. Cabaniss (VSB No. 14788)

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this Division.

Ver. 8/22/00

## SECRETARY'S CERTIFICATE

I, H. Jan Roltsch-Anoll, Acting Secretary of Xybernaut Corporation, a Delaware corporation (the "Corporation"), DO HEREBY CERTIFY that attached hereto is a true and correct copy of the resolutions adopted by the Board of Directors of the Corporation, the parent and sole stockholder of Xybernaut Solutions, Inc., and the Board of Directors of Xybernaut Solutions, Inc. (together, the "Boards"), at a meeting held on July 25, 2005, at which meeting a quorum of each of the Boards was present and validly acting throughout (the "Resolutions"). The Resolutions are in full force and effect as of the date hereof.

I have hereunto set my hand this 25th day of July, 2005.

/s/ H. Jan Roltsch-Anoll
H. Jan Roltsch-Anoll

## RESOLUTIONS
## ADOPTED BY THE BOARD OF DIRECTORS
## OF XYBERNAUT CORPORATION

The following resolutions were duly adopted by the Board of Directors of Xybernaut Corporation and of the Board of Directors of Xybernaut Solutions, Inc., its wholly owned subsidiary, (collectively the "Board" and the "Corporation"), at a special meeting of the Board duly held by telephonic conference on July 25, 2005, at which all of the Corporation's directors who were present were able to speak and hear each other, and such resolutions have not been amended or rescinded and are now in full force and effect:

**WHEREAS**, in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, stockholders, and other interested parties that the Corporation file a petition under the provisions of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") seeking the bankruptcy protections and relief provided therein (the "Bankruptcy");

**NOW, THEREFORE, IT IS HEREBY RESOLVED** that Perry L. Nolen or any other person or persons so designated by the Board (collectively, the "Authorized Signatories," and each an "Authorized Signatory") be, and each of them hereby is, authorized and directed on behalf of the Corporation to execute and verify a petition in the name of the Corporation under chapter 11 of the Bankruptcy Code and to cause such petition to be filed in the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division (the "Bankruptcy Court"), in such form and at such time as the Authorized Signatory executing said petition on behalf of the Corporation shall determine;

**FURTHER RESOLVED** that the Authorized Signatories or any one of them be, and each of them hereby is, authorized to (i) take, or cause to be taken, any and all action, (ii) execute and file, or cause to be executed and filed, any and all documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and (iii) employ and retain all assistance by legal counsel, accountants, and other professionals, as in its judgment shall be necessary, appropriate, or advisable in connection with the Bankruptcy;

**FURTHER RESOLVED** that the law firm of McGuireWoods LLP be, and hereby is, employed and retained as counsel to the Corporation in the Bankruptcy;

**FURTHER RESOLVED** that IP Innovations Financial Services be, and hereby are, employed and retained as the investment banker and consultant to the Corporation in the Bankruptcy;

**FURTHER RESOLVED** that Boardroom Specialits, LLC, be, and hereby is, employed and retained as the restructuring advisor and consultant to the Corporation in the Bankruptcy;

**FURTHER RESOLVED** that all acts lawfully done or actions lawfully taken by any Authorized Signatory or any officers of the Corporation to seek relief under chapter 11 of the Bankruptcy Code or in connection with the Bankruptcy, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Corporation;

**FURTHER RESOLVED** that the Corporation, as the sole stockholder of Xybernaut Solutions, Inc. ("Subsidiary") be, and hereby is, authorized and empowered to (i) take, or cause to be taken, any and all further action, (ii) execute and deliver, or cause to be executed and delivered, any and all further agreements, consents, resolutions, certificates, documents and other papers, and (iii) incur all further fees and expenses, as in its judgment shall be necessary, appropriate, or advisable to cause each of the Subsidiaries to execute and verify a petition in the name of such Subsidiary under chapter 11 of the Bankruptcy Code and to cause each such petition to be filed in the Bankruptcy Court in such form and at such time as the officer or authorized individual executing said petition on behalf of such Subsidiary shall determine;

**FURTHER RESOLVED** that, in addition to the specific authorizations heretofore conferred upon the Authorized Signatories, the Authorized Signatories of the Corporation be, and each of them, with full authority to act without the others, hereby is, authorized, in the name and on behalf of the Corporation, to (i) take, or cause to be taken, any and all further action, (ii) execute and deliver, or cause to be executed and delivered, any and all further agreements, consents, resolutions, certificates, documents, and other papers, and (iii) incur all further fees and expenses, as in their judgment shall be necessary, appropriate, or advisable to effectuate fully the purpose and intent of any and all of the foregoing resolutions; and

**FURTHER RESOLVED**, that any and all actions taken by the Authorized Signatories or other officers of the Corporation prior to the date first set forth above with respect to any of the matters contemplated by the foregoing resolutions are hereby adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Corporation.

\\FIN\251243.2