# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CHARLES W. SMITH, Derivatively On Behalf Of Nominal Defendant Xybernaut Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD G. NEWMAN, STEVEN A. NEWMAN, THOMAS D. DAVIS, BRUCE C. HAYDEN, MARC GINSBERG, MARTIN E. WEISBERG, NORITSUGU YAMAOKA, PHILLIP E. PEARCE, HARRY E. SOYSTER, EDWIN VOGT, ALAN G. MERTEN, JAMES J. RALABATE, WILLIAM G. T. TUTTLE and GRANT THORNTON LLP,<br><br>Defendants. | Case No. I :05-cv-00447 (SLR)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties and/or their counsel for the respective parties, as follows:

1.    LeClair Ryan, A Professional Corporation is authorized to accept on behalf of defendant Bruce C. Hayden, and does hereby accept, service of the summons and complaint in this action without prejudice and without waiver of Hayden's defenses except as to sufficiency of service of process.

2.    The time for Hayden to move, answer or otherwise respond to the complaint in this action is hereby extended to and including September 30, 2005.

Dated: **8 / 8**, 2005

By: _J. Julata_
Joseph N. Gielata (#4338)
Attorney at Law
501 Silverside Road, Suite 90
Wilmington, DE 19809
(302) 798-1096 (Tel)
(302) 792-0777 (Fax)


- - and - -


**FEDERMAN & SHERWOOD**

William B. Federman
W. Todd Ver Weire
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
(405) 235-1560 (Tel)
(405) 239-2112 (Fax)


**Plaintiff's Counsel**


Dated: **8 / 8**, 2005

**RICHARDS, LAYTON & FINGER**

By: _____
Raymond J. DiCamillo (#3188)
Jeffrey L. Moyer (#3309)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700 (Tel)
(302) 651-7701 (Fax)


--and--


**LECLAIR RYAN, A PROFESSIONAL
    CORPORATION**

William E. Donnelly
1701 Pennsylvania Avenue, N.W.
Suite 1045
Washington, D.C. 20006
(202) 659-6710 (Tel)
(202) 659-4130 (Fax)


**Counsel for Defendant
Bruce C. Hayden**


SO ORDERED.


Dated:_____, 2005

_____
United States District Judge