IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHARLES W. SMITH, derivatively )
on behalf of nominal defendant )
Xybernaut Corporation, )
                                            )
       Plaintiff, )
                                            )
  v.                                 ) Civ. No. 05-447-SLR
                                            )
EDWARD G. NEWMAN, STEVEN A. )
NEWMAN, THOMAS D. DAVIS, BRUCE)
C. HAYDEN, MARC GINSBURG, )
MARTIN E. WEISBERG, NORITSUGU )
YAMAOKA, PHILLIP E. PEARCE, )
HARRY E. SOYSTER, EDWIN VOGT, )
ALAN G. MERTEN, JAMES J. )
RALABATE, WILLIAM G.T. TUTTLE,)
and GRANT THORNTON LLP, )
                                            )
      Defendants, )
                                            )
  and )
                                            )
XYBERNAUT CORPORATION, )
                                            )
     Nominal Defendant. )

## O R D E R

At Wilmington this 17th day of August, 2005, nominal defendant Xybernaut Corporation having filed a Notice of Bankruptcy with the court on August 1, 2005 (D.I. 16);

IT IS ORDERED that said defendant shall be terminated as an active party in the above-captioned case until further order of the court.

                                                      _____
                                                      United States District Judge