IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES W. SMITH, Derivatively On Behalf Of Nominal Defendant Xybernaut Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD G. NEWMAN, STEVEN A. NEWMAN, THOMAS D. DAVIS, BRUCE C. HAYDEN, MARC GINSBERG, MARTIN E. WEISBERG, NORITSUGU YAMAOKA, PHILLIP E. PEARCE, HARRY E. SOYSTER, EDWIN VOGT, ALAN G. MERTEN, JAMES J. RALABATE, WILLIAM G. T. TUTTLE and GRANT THORNTON LLP,<br><br>Defendants. | Case No. 1:05-cv-00447 (SLR)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties and/or their counsel for the respective parties, as follows:

1. The time for Hayden to move, answer or otherwise respond to the complaint in this action is hereby extended to and including November 30, 2005.

Dated: 9-22, 2005

By: _____
Joseph N. Gielata (#4338)
Attorney at Law
501 Silverside Road, Suite 90
Wilmington, DE 19809
(302) 798-1096 (Tel)
(302) 792-0777 (Fax)

Dated: September 22, 2005

**RICHARDS, LAYTON & FINGER**

By: _____
Raymond J. DiCamillo (#3188)
Jeffrey L. Moyer (#3309)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700 (Tel)
(302) 651-7701 (Fax)

F:\1 Hayden\Pleadings\Stipulation and [Proposed] Order Extending Time for Defendant 8-4-05 rtf

- - and - -                                                                              --and--

**FEDERMAN & SHERWOOD**

William B. Federman
W. Todd Ver Weire
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
(405) 235-1560 (Tel)
(405) 239-2112 (Fax)

**Plaintiff's Counsel**

**LECLAIR RYAN, A PROFESSIONAL CORPORATION**

William E. Donnelly
1701 Pennsylvania Avenue, N.W.
Suite 1045
Washington, D.C. 20006
(202) 659-6710 (Tel)
(202) 659-4130 (Fax)

**Counsel for Defendant
Bruce C. Hayden**

SO ORDERED.

Dated: _____, 2005

_____
United States District Judge