# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

December 8, 2005

Elizabeth Paret, Clerk
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798

RECEIVED DEC 12 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Re: MDL-1705 -- In re Xybernaut Corp. Securities Litigation

*Charles W. Smith, etc. v. Edward G. Newman, et al.*, D. Delaware, C.A. No. 1:05-447

Dear Ms. Paret:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on November 22, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By [signature]
Deputy Clerk

Attachment

cc:  Transferee Judge:   Judge Leonie M. Brinkema
     Transferor Judge:   Judge Sue L. Robinson
     Transferor Clerk:   Peter T. Dalleo

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 22 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1705

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE XYBERNAUT CORP. SECURITIES LITIGATION

*Charles W. Smith, etc. v. Edward G. Newman, et al.,* D. Delaware, C.A. No. 1:05-447

### CONDITIONAL TRANSFER ORDER (CTO-1)

On November 4, 2005, the Panel transferred six civil actions to the United States District Court for the Eastern District of Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Leonie M. Brinkema.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Eastern District of Virginia and assigned to Judge Brinkema.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District of Virginia for the reasons stated in the order of November 4, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Leonie M. Brinkema.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Virginia. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 8 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## INVOLVED COUNSEL LIST (CTO-1)
## DOCKET NO. 1705
## IN RE XYBERNAUT CORP. SECURITIES LITIGATION

Joseph N. Gielata
501 Silverside Road
Suite 90
Wilmington, DE 19809

Jeffrey L. Moyer
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899