# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

ELIZABETH H. PARET
CLERK OF COURT

ALEXANDRIA
NEWPORT NEWS
NORFOLK
RICHMOND

December 20, 2005

United States District Court
Office of the Clerk
844 North King Street, Lockbox 18
Wilmington, DE 19801-3579
Attn: Deputy Clerk, Rosanna DiMeo

Re: MDL-1705 – In re Xybernaut Corp. Securities Litigation

    Charles W. Smith, etc. v. Edward G. Newman, et al., CA No. 1:05cv447

Dear Ms. DiMeo:

    Pursuant to the Transfer Order of the Multidistrict Litigation Panel, filed on November 22, 2005, the above entitled matter is transferred to our Court. A certified copy is attached. Please use the enclosed envelope and copy of this letter to acknowledge receipt of this conditional transfer order.

    The purpose of this letter is to request that you send us the case which is currently in your District.

    Please give me a call if you have any questions. I can be reached at (703) 299-2135.

Sincerely,

Michael J. Kittell
Supervisor of Court Operations

A CERTIFIED TRUE COPY

DEC - 8 2005

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 22 2005

FILED
CLERK'S OFFICE

**DOCKET NO. 1705**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE XYBERNAUT CORP. SECURITIES LITIGATION*

*Charles W. Smith, etc. v. Edward G. Newman, et al.,* D. Delaware, C.A. No. 1:05-447

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On November 4, 2005, the Panel transferred six civil actions to the United States District Court for the Eastern District of Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Leonie M. Brinkema.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Eastern District of Virginia and assigned to Judge Brinkema.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District of Virginia for the reasons stated in the order of November 4, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Leonie M. Brinkema.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Virginia. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 8 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION