# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

December 30, 2005

VIA UPS DELIVERY
Elizabeth Paret, Clerk
Albert V. Bryan United States Courthouse
Eastern District of Virgina
401 Courthouse Square
Alexandria, VA 22314-5798

Re:   *MDL-1705, In re Xybernaut Corp. Securities Litigation;* Civ. No.
      1:05-447-SLR

Dear Ms. Paret:

In accordance with the Transfer Order of the Judicial Panel on Multidistrict Litigation dated December 8, 2005 and filed in the above referenced case on December 29, 2005, I am transferring Delaware Civil Case No. 1:05-447-SLR to the Eastern District of Virginia. Please find enclosed a certified copy of the docket sheet, a copy of the complaint (D.I. 1), and a diskette supplied to this court by the plaintiff at case opening.

Please note that this court began electronic filing as of March 1, 2005 thus all docket items filed in this case is available electronically on CM/ECF.

Please acknowledge receipt of the above by signing and dating the enclosed copy of this letter. Please return the same to the District Court of Delaware in the enclosed, self-addressed, envelope.

Sincerely,

Peter T. Dalleo, Clerk

By: _____
Deputy Clerk

Enclosures

cc:   The Honorable Sue L. Robinson
      All counsel of record were noticed electronically